FILED by YH D.C.

Sep 27, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20780-CR-SCOLA/TORRES

18 U.S.C. § 3146(a)(1) and (b)(1)(A)(i)
18 U.S.C. § 401(3)

UNITED STATES OF AMERICA

vs.

EDDY UBALDO MARIN,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Failure to Appear
### (18 U.S.C. § 3146(a)(1) and (b)(1)(A)(i))

On or about July 23, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EDDY UBALDO MARIN,**

having previously been convicted in the case of *United States v. Eddy Ubaldo Marin*, 18-20354-CR-GAYLES, for a violation of Title 15, United States Code, Sections 78j(b) and 78ff(a), that is, securities fraud, an offense punishable by imprisonment for a term up to twenty (20) years, and having been released on bond by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, did knowingly fail to appear before a court, as required by the conditions of his release, in violation of Title 18, United States Code, Section 3146(a)(1) and (b)(1)(A)(i).

## COUNT 2
### Contempt of Court
### (18 U.S.C. § 401(3))

On or about July 23, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EDDY UBALDO MARIN,**

did knowingly and willfully, and in disobedience and resistance to lawful orders and commands of the United States District Court for the Southern District of Florida, previously pronounced in Miami, Florida in the case of *United States v. Eddy Ubaldo Marin*, 18-20354-CR-GAYLES, violate conditions of his pretrial release as ordered by the court, in that the defendant, without notifying and obtaining the permission of the court: (1) permanently vacated his residence on or about July 23, 2018; and (2) failed to report to Pretrial Services as directed, in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JERROB DUFFY
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  CASE NO. _____

v.

EDDY UBALDO MARIN,                    **CERTIFICATE OF TRIAL ATTORNEY***

        Defendant.
_____ /     Superseding Case Information:

**Court Division**: (Select One)   New Defendant(s)     Yes ____ No ____
                                   Number of New Defendants ____
__X__ Miami  ____ Key West         Total number of counts ____
____ FTL     ____ WPB  ____ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  NO
   List language and/or dialect

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)

   I    0 to 5 days       __X__         Petty       ____
   II   6 to 10 days      ____          Minor       ____
   III  11 to 20 days     ____          Misdem.     ____
   IV   21 to 60 days     ____          Felony      __X__
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 18-2354-CR-Gayles
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes ____   No  X

                                            _____
                                            Jerrob Duffy
                                            Assistant United States Attorney
                                            Court No.: A5501106

*Penalty Sheet(s) attached                                              REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** EDDY UBALDO MARIN

**Case No:** _____

Count #: 1

Failure to Appear

Title 18, United States Code, Section 3146(a)(1)

* **Max. Penalty:** Ten (10) years' imprisonment

Count #: 2

Contemp of Court

Title 18, United States Code, Section 401(3)

***Max. Penalty:** Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.