United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Case No. 18-20780-CR-Scola |
| | ) | |
| Eddy Ubaldo Marin, | ) | |
| Defendant. | ) | |

### Order Transferring Case To Fugitive Status

This matter is before the Court *sua sponte*.   On September 27, 2018, an indictment was filed and this cause was randomly assigned to the undersigned. A warrant for arrest was issued for the defendant.   Since the defendant has not made an initial appearance, he is transferred to fugitive status.

**Done and Ordered** at Miami, Florida on September 28, 2018.

Robert N. Scola, Jr.
United States District Judge

cc: counsel of record